# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terraine Sanchez Byers ,

    Plaintiff(s),

vs.

Anthony Hathaway, III ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv290

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2010 Order.

Signed: December 8, 2010

Frank G. Johns, Clerk
United States District Court